# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-00103-PSG-MAA | Date | August 11, 2020 |
|---|---|---|---|
| Title | Orlando Garcia v. Mode Plus Corporation et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION

On June 30, 2020, a mediation report was filed advising the Court that this case had fully settled. In light, no dismissal has been filed as of today, the Court dismisses the case in its entirety.

Initials of Preparer   wh